MARK C. ZEBROWSKI (CA SBN 110175)
MZebrowski@mofo.com
ELLEN NUDELMAN ADLER (CA SBN 235534)
EAdler@mofo.com
JOANNA L. SIMON (CA SBN 272593)
JoannaSimon@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125

Attorneys for Defendants and Counterclaimants
GREE ELECTRIC APPLIANCES, INC.
OF ZHUHAI and HONG KONG GREE
ELECTRIC APPLIANCES SALES LTD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MJC America, Ltd. dba Soleus International, Inc. and MJC America Holdings Co., Inc., and MJC Supply, LLC,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>Gree Electric Appliances, Inc. of Zhuhai and Hong Kong Gree Electric Appliances Sales Ltd., and Does 1 through 10, inclusive,<br><br>　　　　　　Defendants,<br><br>　　and<br><br>Gree USA, Inc., a California corporation,<br><br>　　　　　　Nominal Defendant. | Case No. 2:13-cv-04264-SJO-(CWx)<br><br>**GREE ELECTRIC APPLIANCES, INC. OF ZHUHAI AND HONG KONG GREE ELECTRIC APPLIANCES SALES LTD.'S NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 3 TO EXCLUDE OR LIMIT THE TESTIMONY OF ALAN SCHOEM**<br><br>The Honorable S. James Otero<br><br>Date:　April 21, 2015<br>Time:　9:00 a.m.<br>Ctrm:　1 – 2nd Floor<br><br>Complaint filed: June 13, 2013 |

| | |
|---|---|
| 1 | Gree Electric Appliances, Inc. of Zhuhai and Hong Kong Gree Electric Appliances Sales Ltd., |
| 2 | |
| 3 | Counterclaimants, |
| 4 | vs. |
| 5 | MJC America Holdings Co., Inc., MJC Supply, LLC, Charley Loh, Jimmy Loh, and Simon Chu, and Does 11-20, inclusive, |
| 6 | |
| 7 | |
| 8 | Counterdefendants, |
| | and |
| 9 | |
| 10 | Gree USA, Inc., a California corporation, |
| 11 | Nominal Defendant. |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Defendants Gree Electric Appliances, Inc. of Zhuhai and Hong Kong Gree Electric Appliances Sales Ltd. move this Court for an order *in limine* to exclude or limit the testimony of Alan Schoem.

This motion is made pursuant to Federal Rules of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc*, 509 U.S. 579, 589 (1993), and is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the pleadings and records on file in this action, and upon such other evidence as may be presented in advance of or at the hearing on this matter.

Dated: March 17, 2015          MORRISON & FOERSTER LLP

By:   /s/ Mark C. Zebrowski
      Mark C. Zebrowski

Attorneys for Defendants and Counterclaimants

Gree Electric Appliances, Inc. of Zhuhai and Hong Kong Gree Electric Appliances Sales Ltd.