1  NEAL R. MARDER (SBN: 126879)
   nmarder@winston.com
2  ALI R. RABBANI (SBN: 253730)
   arabbani@winston.com
3  IAN C. EISNER (SBN: 254490)
   ieisner@winston.com
4  **WINSTON & STRAWN LLP**
   333 S. Grand Avenue
5  Los Angeles, CA 90071-1543
   Telephone: (213) 615-1700
6  Facsimile: (213) 615-1750

7  *Attorneys for Plaintiffs and Counter-Defendants*

8  STEPHEN J. ERIGERO (SBN: 121616)
   serigero@rmkb.com
9  TAHEREH MAHMOUDIAN (SBN: 217120)
   tmahmoudian@rmkb.com
10 **ROPERS, MAJESKI, KOHN & BENTLEY**
   445 South Figueroa Street, Suite 3000
11 Los Angeles, CA 9071-1619
   Telephone: (213) 312-2000
12 Facsimile: (213) 312-2001

13 *Attorneys for Counter-Defendants*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MJC America, Ltd., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Gree Electric Appliances, Inc. of Zhuhai, et al., <br><br> Defendants, <br><br> and <br><br> Gree USA, Inc., <br><br> Nominal Defendant. | Case No. 13-CV-04264-SJO (CWx) <br><br> ***EX PARTE* APPLICATION FOR LEAVE TO FILE A BRIEF SUR-REPLY IN OPPOSITION TO GREE ELECTRIC APPLIANCES, INC. OF ZHUHAI AND HONG KONG GREE ELECTRIC APPLIANCES SALES LTD.'S MOTION *IN LIMINE* NO. 3 TO EXCLUDE OR LIMIT THE TESTIMONY OF ALAN SCHOEM** <br><br> Date: April 21, 2015 <br> Time: 9:00 a.m. <br> Place: Courtroom 1 <br> Judge: Hon. S. James Otero <br><br> Complaint Filed: June 13, 2013 |

| | |
|---|---|
| Gree Electric Appliances, Inc. of Zhuhai, et al., | ) <br> ) <br> ) |
| Counterclaimants, | ) <br> ) |
| vs. | ) <br> ) |
| MJC America Holdings Co., Inc., et al., | ) <br> ) |
| Counterdefendants, | ) <br> ) |
| and | ) <br> ) |
| Gree USA, Inc., | ) <br> ) |
| Nominal Defendant. | ) |

**Winston & Strawn LLP**
**333 S. Grand Avenue**
**Los Angeles, CA 90071-1543**

1    PLEASE TAKE NOTICE that pursuant to Local Rules 7-10 and 7-19, Plaintiffs
2 and Counter-Defendants (collectively, "MJC") hereby apply to the Court for an order
3 granting leave to file a 4-page Sur-Reply to address the deposition testimony of MJC's
4 rebuttal expert witness, Alan Schoem, as it relates to Defendants and Counter-
5 Claimants Gree Electric Appliances, Inc. of Zhuhai and Hong Kong Gree Electric
6 Appliances Sales Ltd.'s (collectively, "Gree") Motion in Limine No. 3 to Exclude or
7 Limit the Testimony of Alan Schoem (ECF No. 140).

8    Leave is warranted because Mr. Schoem's deposition took place on March 25,
9 2015 – one day *after* MJC's Opposition to Gree's Motion in Limine (ECF No. 168)
10 was due to this Court and filed. Gree's Reply in Support of its Motion in Limine
11 (ECF No. 177), which was filed six days after Mr. Schoem's deposition, cites
12 extensively to this deposition.

13    In light of this new information, MJC respectfully requests permission to file a
14 short sur-reply to discuss Mr. Schoem's deposition and to present to the Court with
15 relevant excerpts of Mr. Schoem's deposition testimony that were excluded from
16 Gree's Reply. *See Ewing v. Megrdle*, No. CV 12-01334 MWF (AJW), 2014 WL
17 2159363, at *17 (C.D. Cal. May 23, 2014) ("If a party raises a new argument or
18 presents new evidence in a reply brief, a court may consider these matters only if the
19 adverse party is given an opportunity to respond.") (quoting *Banga v. First USA, NA*,
20 29 F. Supp. 3d 1270, 1276 (N.D. Cal. 2014)).

21    MJC has attached its brief Sur-Reply to this Application as Exhibit A. Also
22 attached as Exhibit B is the Declaration of Ali Rabbani in support of the Sur-Reply
23 and relevant excerpts from Mr. Schoem's deposition transcript.

24    On April 3, 2015, counsel for MJC gave notice of this Application to counsel
25 for Gree during a telephonic meet and confer, who indicated that Gree intends to
26 oppose it. Declaration of Ali R. Rabbani ¶¶ 2-4.

27
28

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

1

Contact Information for Counsel for Gree
Don G. Rushing (drushing@mofo.com)
Mark C. Zebrowski (MZebrowski@mofo.com)
Ellen Nudelman Adler (EAdler@mofo.com)
Joanna L. Simon (JoannaSimon@mofo.com)
MORRISON & FOERSTER LLP
12531 High Bluff Drive
San Diego, California 92130-2040
Telephone: (858) 720-5100
Facsimile: (858) 720-5125

Accordingly, MJC respectfully requests leave to file the brief Sur-Reply attached to this application as Exhibit A, with the attendant declaration attached as Exhibit B, which addresses only the new information discussed above and does not rehash arguments raised in MJC's Opposition.

Dated: April 3, 2015　　　　　　　　WINSTON & STRAWN LLP

By: /s/ Ali R. Rabbani
NEAL R. MARDER
ALI R. RABBANI
IAN C. EISNER
Attorneys for Plaintiffs and Counter-Defendants MJC America, Ltd., dba Soleus International Inc.; MJC America Holdings Co., Inc. and MJC Supply, LLC; and Counter-Defendants Charley Loh, Jimmy Loh, and Simon Chu