1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MJC America, Ltd., et al. | Case No. 13-CV-04264-SJO (CWx) |
| Plaintiffs, | **ORDER GRANTING *EX PARTE* APPLICATION FOR LEAVE TO FILE A BRIEF SUR-REPLY IN OPPOSITION TO GREE ELECTRIC** |
| vs. | |
| Gree Electric Appliances, Inc. of Zhuhai, et al., | **APPLIANCES, INC. OF ZHUHAI AND HONG KONG GREE** |
| Defendants, | **ELECTRIC APPLIANCES SALES LTD.'S MOTION *IN LIMINE* NO. 3 TO EXCLUDE OR LIMIT THE** |
| and | **TESTIMONY OF ALAN SCHOEM** |
| Gree USA, Inc., | Date:    April 21, 2015 |
| Nominal Defendant. | Time:    9:00 a.m.<br>Place:   Courtroom 1<br>Judge:  Hon. S. James Otero |
| | Complaint Filed:  June 13, 2013 |

Gree Electric Appliances, Inc. of Zhuhai, )
et al.,                                   )
                                          )
                    Counterclaimants,     )
                                          )
vs.                                       )
                                          )
MJC America Holdings Co., Inc., et al.,   )
                                          )
                    Counterdefendants,    )
                                          )
and                                       )
                                          )
Gree USA, Inc.,                           )
                                          )
                    Nominal Defendant.    )

1    Before the Court is Plaintiffs and Counter-Defendants' (collectively, "MJC")
2    *Ex Parte* Application for Leave to File a Brief Sur-Reply in Opposition to Gree
3    Electric Appliances, Inc. of Zhuhai and Hong Kong Gree Electric Appliances Sales,
4    Ltd.'s (collectively, "Gree") Motion in Limine No. 3 to Exclude or Limit the
5    Testimony of Alan Schoem.  Having read and considered all papers filed in support of
6    the *Ex Parte* Application, and the arguments of counsel, the Court rules as follows:
7    IT IS HEREBY ORDERED THAT:
8    The *Ex Parte* Application for Leave to File a Brief Sur-Reply in Opposition to
9    Gree's Motion in Limine No. 3 to Exclude or Limit the Testimony of Alan Schoem is
10   GRANTED.  The Proposed Sur-reply attached to MJC's *Ex Parte* Application, as well
11   as the corresponding exhibits, are HEREBY DEEMED FILED AND SERVED.
12
13
14   Dated:  April 6, 2015
15                                        Hon. S. James Otero
                                          United States District Judge
16
17
18
19
20
21
22
23
24
25
26
27
28

1