1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MJC America, Ltd. dba Soleus International, Inc. and MJC America Holdings Co., Inc., and MJC Supply, LLC,<br><br>        Plaintiffs,<br><br>  vs.<br><br>Gree Electric Appliances, Inc. of Zhuhai and Hong Kong Gree Electric Appliances Sales Ltd., and Does 1 through 10, inclusive,<br><br>        Defendants,<br><br>  and<br><br>Gree USA, Inc., a California corporation,<br><br>        Nominal Defendant. | Case No. 2:13-cv-04264-SJO-(CWx)<br><br>**JOINT STATEMENT OF THE CASE**<br><br>The Honorable S. James Otero<br><br>Trial Date:  April 21, 2015<br>Complaint filed:   June 13, 2013 |

JOINT STATEMENT OF THE CASE
2:13-cv-04264-SJO-(CWx)

| | |
|---|---|
| 1 | Gree Electric Appliances, Inc. of Zhuhai and Hong Kong Gree Electric Appliances Sales Ltd., |
| 2 | |
| 3 | Counterclaimants, |
| 4 | vs. |
| 5 | MJC America Holdings Co., Inc., MJC Supply, LLC, Charley Loh, Jimmy Loh, and Simon Chu, and Does 11-20, inclusive, |
| 6 | |
| 7 | |
| 8 | Counterdefendants, |
| | and |
| 9 | Gree USA, Inc., a California corporation, |
| 10 | |
| 11 | Nominal Defendant. |

JOINT STATEMENT OF THE CASE
2:13-cv-04264-SJO-(CWx)

Plaintiffs in this action are MJC America, Ltd., MJC America Holdings Co., Inc., and MJC Supply, LLC. I will refer to Plaintiffs as MJC. Defendants in this action are Gree Electric Appliances, Inc. of Zhuhai and Hong Kong Gree Electric Appliances Sales Ltd. I will refer to Defendants as Gree.

This is a dispute between MJC and Gree over a joint venture company called Gree USA. Gree USA was formed in 2010 to sell dehumidifiers and air conditioners in the United States. Gree manufactured in China the products sold by Gree USA, and MJC marketed and distributed the products to retail stores.

MJC claims that Gree made false representations about the quality of its dehumidifiers. In particular, MJC contends that Gree did not disclose the existence of defects in its dehumidifiers that caused them to catch on fire. MJC claims that it urged Gree to report the dehumidifier defects to the U.S. Consumer Product Safety Commission. MJC also claims that, when it refused to join Gree's plan to delay reporting the dehumidifier defects, Gree retaliated against MJC by, among other things, stopping payments to MJC. The dehumidifiers manufactured by Gree ultimately were recalled in September 2013. MJC claims it suffered damages as a result of Gree's wrongful conduct. Gree denies MJC's allegations.

Gree contends that MJC was free to report the product issue to the U.S. Consumer Product Safety Commission, and that MJC had an equal reporting obligation to do so. MJC and Gree jointly submitted an initial report to the Consumer Product Safety Commission in March 2013. Gree contends that the joint venture came apart not because of any product issue, but rather as a result of Gree realizing in the fall of 2012 that Gree USA was not profitable after paying commissions to MJC and Gree expressed its desire to restructure Gree USA's operations. Gree claims that when it made efforts to restructure Gree USA, MJC decided to part ways with Gree and no longer do business through Gree USA. [Gree also claims that it was damaged when it was forced to sell the remaining air conditioner inventory at liquidation prices.] MJC denies Gree's allegations.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: April 13, 2015 | MORRISON & FOERSTER LLP |
| 3 | | |
| 4 | | By: /s/ Mark C. Zebrowski |
| | | Mark C. Zebrowski |
| 5 | | Attorneys for Defendants and Counterclaimants GREE ELECTRIC APPLIANCES, INC. OF ZHUHAI AND HONG KONG GREE ELECTRIC APPLIANCES SALES LTD. |
| 6 | | |
| 7 | | |
| 8 | Dated: April 13, 2015 | WINSTON & STRAWN LLP |
| 9 | | |
| 10 | | By: /s/ Neal R. Marder |
| | | Neal R. Marder |
| 11 | | Attorneys for Plaintiffs and Counter-Defendants |
| 12 | | |
| 13 | | |
| 14 | Dated: April 13, 2015 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 15 | | |
| 16 | | By: /s/ Stephen Erigero |
| | | Stephen J. Erigero |
| 17 | | Attorneys for Counter-Defendants |