1  NEAL R. MARDER (SBN: 126879)
   nmarder@winston.com
2  ALI R. RABBANI (SBN: 253730)
   arabbani@winston.com
3  IAN C. EISNER (SBN: 254490)
   ieisner@winston.com
4  DREW A. ROBERTSON (SBN: 266317)
   darobertson@winston.com
5  **WINSTON & STRAWN LLP**
   333 S. Grand Avenue
6  Los Angeles, CA 90071-1543
   Telephone:  (213) 615-1700
7  Facsimile:   (213) 615-1750

8  *Attorneys for Plaintiffs and Counter-Defendants*

9  STEPHEN J. ERIGERO (SBN: 121616)
   serigero@rmkb.com
10 TAHEREH MAHMOUDIAN (SBN: 217120)
   tmahmoudian@rmkb.com
11 **ROPERS, MAJESKI, KOHN & BENTLEY**
   445 South Figueroa Street, Suite 3000
12 Los Angeles, CA 9071-1619
   Telephone:  (213) 312-2000
13 Facsimile:   (213) 312-2001

14 *Attorneys for Counter-Defendants*

15            **UNITED STATES DISTRICT COURT**

16            **CENTRAL DISTRICT OF CALIFORNIA**

17 MJC America, Ltd., et al.                )  Case No. 13-CV-04264-SJO (CWx)
                                            )
18            Plaintiffs,                   )  **DECLARATION OF NEAL R.
                                            )  MARDER IN SUPPORT OF
19       vs.                                )  OBJECTIONS TO THE EXPERT
                                            )  TESTIMONY OF RICHARD L.
20 Gree Electric Appliances, Inc. of Zhuhai, )  STERN
   et al.,                                  )
21                                          )
            Defendants.                     )
22                                          )  Hon. S. James Otero
   and                                      )
23                                          )  Complaint Filed:   June 13, 2013
   Gree USA, Inc.,                          )  Trial Date:        April 28, 2015
24                                          )
            Nominal Defendant.             )
25 _____  )

26

27

28

*Left margin:* **Winston & Strawn LLP**
333 S. Grand Avenue
Los Angeles, CA 90071-1543



Gree Electric Appliances, Inc. of Zhuhai, )
et al., )
                 Counterclaimants, )
               )
vs. )
MJC America Holdings Co., Inc., et al., )
                 Counterdefendants, )
               )
and )
Gree USA, Inc., )
                 Nominal Defendant. )

**Winston & Strawn LLP**
333 S. Grand Avenue
Los Angeles, CA 90071-1543

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I, Neal R. Marder, declare as follows:

1.      I am an attorney with the law firm of Winston & Strawn LLP, which is counsel of record for Plaintiffs and Counter-Defendants in this action.  I have personal knowledge regarding the matters set forth in this declaration and, if called upon as a witness, I could and would testify competently thereto.

2.      Attached hereto as **Exhibit A** is a true and correct copy of the February 5, 2015 expert report of Richard L. Stern.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  May 6, 2015                    */s/ Neal R. Marder*
                                        Neal R. Marder

**Winston & Strawn LLP**
333 S. Grand Avenue
Los Angeles, CA 90071-1543