

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MJC America, Ltd. dba Soleus International, Inc. and MJC America Holdings Co., Inc., and MJC Supply, LLC, <br><br>                Plaintiffs, <br><br>        vs. <br><br> Gree Electric Appliances, Inc. of Zhuhai and Hong Kong Gree Electric Appliances Sales Ltd., and Does 1 through 10, inclusive, <br><br>                Defendants, <br><br>        and <br><br> Gree USA, Inc., a California corporation, <br><br>                Nominal Defendant. | Case No. 2:13-cv-04264-SJO-(CWx) <br><br> **VERDICT FORM** <br><br> The Honorable S. James Otero <br><br> Trial Date:  April 21, 2015 <br> Complaint filed:   June 13, 2013 |

| | |
|---|---|
| 1 | Gree Electric Appliances, Inc. of Zhuhai and Hong Kong Gree Electric Appliances Sales Ltd., |
| 2 | |
| 3 | Counterclaimants, |
| 4 | vs. |
| 5 | MJC America Holdings Co., Inc., MJC Supply, LLC, Charley Loh, Jimmy Loh, and Simon Chu, and Does 11-20, inclusive, |
| 6 | |
| 7 | |
| 8 | Counterdefendants, |
| 9 | and |
| 10 | Gree USA, Inc., a California corporation, |
| 11 | Nominal Defendant. |

These are the verdict forms for the claims and defenses asserted in this matter:

    I.    FRAUD

    II.   INTENTIONAL INTERFERENCE WITH CONTRACTUAL RELATIONS AND INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE

    III.  PUNITIVE DAMAGES

After the last verdict form has been completed and signed, notify the clerk/bailiff/court attendant that you are ready to present your verdict in the courtroom.

# I. FRAUD

1. Did Gree China and/or Gree Hong Kong ("Gree") fraudulently induce MJC Supply and/or MJC America and/or MJC Holdings to enter into the joint venture through intentional misrepresentations and/or concealment regarding the quality, safety, and/or sales potential of Gree products?

    ____ Yes   _X_ No

If your answer is yes, then answer question 2 below. If you answered no, go to Section II on the next page.

2. What are MJC Supply's and/or MJC America's and/or MJC Holdings' "out of pocket" damages, if any?

    $_____∅_____

Go to Section II on the next page.

II. **INTENTIONAL INTERFERENCE WITH CONTRACTUAL RELATIONS AND INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE**

1. Was Gree aware of and did Gree intentionally interfere with a contract between MJC Supply and/or MJC America on the one hand, and Gree USA on the other hand, memorialized as the Agreement of Distribution?

    _X_ Yes ____ No

Answer question 2 below.

2. Was Gree aware of and did Gree intentionally interfere with an economic relationship between MJC Supply and/or MJC America on the one hand, and Gree USA on the other hand, that probably would have resulted in economic benefit to MJC Supply and/or MJC America?

    _X_ Yes ____ No

If you answered "yes" to question 1, 2, or both, then answer question 3 below. If you answered no to questions 1 and 2, then go to Section III on the next page.

3. What are MJC Supply's and/or MJC America's damages, if any?

    $ _12.5M_

Go to Section III on the next page.

### III. PUNITIVE DAMAGES

1. Was Gree's conduct malicious, oppressive, or in reckless disregard of MJC Supply and/or MJC America and/or MJC Holdings' rights?

    _X_ Yes  ___ No

If your answer is yes, then answer question 2 below. If your answer is no, please go to the next page.

2. What do you award in punitive damages, if any?

    $ _30 M_

Please go to the next page.

1  Please have the presiding juror sign and date this form and notify the
2  clerk/bailiff/court attendant that you are ready to present your verdict in the
3  courtroom.

**REDACTED**

VERDICT FORM AS TO FOREPERSON
Signed: _____  SIGNATURE

Dated: 5/14/15